**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSE ARMANDO GARCIA CABRERA,

               Plaintiff,

     - against -

RLB USA SAFETY AND HARDWARE, INC.,
MOHAMMED HOSSAIN,

               Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 23-5267 (NJC) (JMW)

An Order of Honorable Nusrat Jahan Choudhury, United States District Judge, having been filed on June 12, 2024, dismissing this action for failure to prosecute under Federal Rule of Civil Procedure 41(b), it is

**ORDERED AND ADJUDGED** that Plaintiff Jose Armando Garcia Cabrera take nothing of Defendants RLB USA Safety and Hardware, Inc., and Mohammed Hossain; that this action is dismissed for failure to prosecute; and that this case is closed.

Dated: June 13, 2024
        Central Islip, New York

                                                     BRENNA B. MAHONEY
                                                     CLERK OF COURT

                                         BY:    /S/ JAMES J. TORITTO
                                                             DEPUTY CLERK